JAMES WOODS

v.

JOSEPH BARRIOU

1807

PAPERS IN S. C. FILE

1. Transcript of Canadian judgment . . . . . . . . . .
2. Writ of certiorari . . . . . . . . . . . . . . .
3. Copy of district court record . . . . . . . . *Printed in Vol. 2*

PAPERS IN D. C. FILE

1. Capias and return . . . . . . . . . . . . . . .

WILLIAM ROBISON AND HUGH ROBISON MARTIN,
MERCHANTS UNDER THE FIRM OF
ROBISON & MARTIN

v.

GABRIEL GODFROY, JR.

1808

PAPERS IN FILE

1. Affidavit of indebtedness . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . . .